IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DORA OLIVERAS,

    Plaintiff,

  v.

BATH & BODY WORKS, LLC,

    Defendant.
_____/

No. C 11-02610 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES

On September 13, 2011, a case management conference was held in the above-captioned case. Daniel Berko appeared for Plaintiff. Christopher Ahearn and Douglas Farmer appeared for Defendant. On September 19, 2011, Plaintiff consented to proceed before a United States Magistrate Judge by executing a consent form. On September 23, 2011, Defendant consented to proceed before United States Magistrate Judge Spero by executing a consent form. Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Spero to be heard and considered at the convenience of his calendar. Counsel shall contact Karen Hom, Magistrate Judge Spero's Courtroom Deputy at (415)522-2035 to set up a telephonic status conference to confirm dates. Magistrate Judge Spero will set a trial date on or about before February 4, 2013.

IT IS FURTHER ORDERED, upon the agreement of counsel, that the following case management dates are set:

Completion of discovery other than from experts: 7/20/12

Disclosure of identities and reports of expert witnesses: 8/21/12

Completion of discovery from experts: 9/21/12

All motions directed to the merits of the case noticed for hearing no later than: 6/21/12 (class cert) 11/15/12 (dispositive)

Dated: 9/28/2011

CLAUDIA WILKEN
United States District Judge

cc: MagRef; JCS