# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
www.ogletreedeakins.com

Christopher M. Ahearn
415.536.3411
chris.ahearn@ogletreedeakins.com

November 10, 2011

VIA ECF Filing

Hon. Magistrate Judge Joseph C. Spero
San Francisco Courthouse, Courtroom G
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

RE: *Olivares, et al., v. Bath & Body Works, LLC, et al.;*
U.S. District Court No.: C-11-02610 JCS

Dear Judge Spero:

There is a Case Management Conference in the above-captioned matter scheduled for November 18, 2011 at 1:30 p.m. before you. Bath & Body Works, LLC's counsel of record, Douglas J. Farmer, will appear at the conference in person. Additionally, and not in lieu of Mr. Farmer's in-person appearance, Bath & Body Works requests that its additional counsel, Andrew C. Smith ("Smith"), John L. Landolfi ("Landolfi") and Steven R. Miller ("Miller") of the Columbus, Ohio office of the law firm of Vorys, Sater, Seymour and Pease be given leave to attend the conference by telephone. Smith and Landolfi were admitted to the bar of this Court *pro hac vice* per order of this Court on November 9, 2011 (Docket Nos. 33-34). Miller is also an attorney in the same office as Smith and Landolfi. Because they are located in Columbus, Ohio, Smith, Landolfi, and Miller will be unable to attend the conference in person. Bath & Body Works, LLC therefore requests that Smith, Landolfi and Miller be granted permission to make a telephone appearance at the hearing. The Court may contact them directly by dialing Smith's office at **614-464-5434**. If this request is granted, Smith, Landolfi and Miller will be on standby to receive the Court's call.

Respectfully submitted,
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: /s/ Christopher M. Ahearn
Christopher M. Ahearn

Attorneys for Defendant
BATH & BODY WORKS

Atlanta ▪ Austin ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Greensboro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ Los Angeles ▪ Memphis ▪ Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans
Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Francisco ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

IT IS HEREBY ORDERED that Smith, Landolfi and Miller may appear by phone on 11-18-2011 at 1:30 p.m. Smith, Landolfi and Miller shall be on phone standby beginning at 1:30 p.m., Pacific Time, and await the Court's call.

Dated: 11/14/11 _____
Hon. Judge Joseph C. Spero

11275383.1 (OGLETREE)