UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA OLIVERAS, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>BATH & BODY WORKS, LLC<br><br>    Defendant. | Case No.:3:11-cv-02610-JCS<br><br>**ORDER FOR COUNSEL TO FILE A PROPOSED ORDER.** |

The Court is in receipt of the Motion for Final Approval of Class Action Settlement. Pursuant to Local Rule 7-2(c), this motion must be accompanied by a proposed order. The parties shall therefore file a <u>detailed</u> proposed order by February 15, 2013.

IT IS SO ORDERED.

Dated: February 4, 2013

_____
Joseph C. Spero
United States Magistrate Judge